■ In the Matter of the Arbitration between MONROE COUNTY SHERIFF POLICE BENEVOLENT ASSOCIATION, INC., Appellant, and COUNTY OF MONROE et al., Respondents. [60 NYS3d 902]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered September 22, 2016. The order and judgment denied the petition to vacate an arbitration award and confirmed such award.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 22, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.